1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   CUIYAO GUTIERREZ,                           )
12                                              )   No. C 07-6013 RMW
                       Plaintiff,              )
13                                              )
              v.                                )   **STIPULATION TO DISMISS; and**
14                                              )   **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary;                )
15 EMILIO T. GONZALEZ, Director, CIS;          )
   ROSEMARY MELVILLE, District Director;       )
16 FRANCIS SICILIANO, Field Office Director,   )
   Department of Homeland Security;            )
17 ROBERT S. MULLER, Director,                 )
   Federal Bureau of Investigations,           )
18                                              )
                       Defendants.              )
19 _____)

20    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22 action without prejudice because the United States Citizenship and Immigration Services is now

23 prepared to adjudicate Plaintiff's application for naturalization, and agrees to do so within 30 days

24 of the dismissal of this action.

25    Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C07-6013 RMW                                    1

| | | |
|---|---|---|
| 1 | Date: January 10, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>ILA C. DEISS<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |

Date: January 10, 2008

/s/
EDWARD R. LITWIN
CHRISTINA H. LEE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-6013 RMW                                    2