1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124              *E-FILED - 1/17/08*
   FAX: (415) 436-7169
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CUIYAO GUTIERREZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALEZ, Director, CIS;<br>ROSEMARY MELVILLE, District Director;<br>FRANCIS SICILIANO, Field Office Director,<br>Department of Homeland Security;<br>ROBERT S. MULLER, Director,<br>Federal Bureau of Investigations,<br><br>                    Defendants. | No. C 07-6013 RMW<br><br>**STIPULATION TO DISMISS; and**<br>xxxxxxxxxxxxxxx **ORDER** |

   Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization, and agrees to do so within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-6013 RMW                                              1

| | |
|---|---|
| 1  Date: January 10, 2008 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | _____/s/_____<br>ILA C. DEISS |
| 6 | Assistant United States Attorney<br>Attorneys for Defendants |

Date: January 10, 2008

_____/s/_____
EDWARD R. LITWIN
CHRISTINA H. LEE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/17/08

*Ronald M. Whyte* (signature)

RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-6013 RMW                                        2